F000000004856

# TRANSMITTAL LETTER

To:  Qualification/Tax Lien Section
     Division of Corporations

SUBJECT: __Financial Recovery Services, Inc.__
         (Name of corporation - must include suffix)

Dear Sir or Madam:

The enclosed "Application by Foreign Corporation for Authorization to Transact Business in Florida", "Certificate of Existence", and check are submitted to register the above referenced foreign corporation to transact business in Florida.

Please return all correspondence concerning this matter to the following:

    __Brian C. Bowers__
    (Name of Person)

400003350844---7
-08/09/00--01061--004
*****87.50  *****87.50

    __Financial Recovery Services, Inc.__
    (Firm/Company)

    __4640 W. 77th Street #300__
    (Address)

    __Edina, MN 55435__
    (City/State/Zip)

W-20308

Should you need to call someone concerning this matter, please call:

__Brian C. Bowers__  at (952) 831-4800 Ex. 200
(Name of Person)         (Area Code & Daytime Telephone Number)

FILED 00 AUG 29 PM 12:02 SECRETARY OF STATE TALLAHASSEE FLORIDA

8/29

**STREET ADDRESS:**

Qualification/Tax Lien Section
Division of Corporations
409 E. Gaines St.
Tallahassee, FL 32399

**MAILING ADDRESS:**

Qualification/Tax Lien Section
Division of Corporations
P.O. Box 6327
Tallahassee, FL 32314

Enclosed is a check for the following amount:

☐ $70.00 Filing Fee    ☐ $78.75 Filing Fee & Certificate of Status    ☐ $78.75 Filing Fee & Certified Copy    ☒ $87.50 Filing Fee, Certificate of Status & Certified Copy

