

FLORIDA DEPARTMENT OF STATE
Katherine Harris
Secretary of State

August 17, 2000

BRIAN C. BOWERS
FINANCIAL RECOVERY SERVICES, INC.
4640 W. 77TH STREET, #300
EDINA, MN 55435

SUBJECT: FINANCIAL RECOVERY SERVICES, INC.
Ref. Number: W00000020308

We have received your document for FINANCIAL RECOVERY SERVICES, INC. and your check(s) totaling $87.50. However, the document has not been filed and is being retained in this office for the following:

The name designated in your document is not available. Therefore, the corporation must adopt an alternate name for use in the state of Florida. To adopt an alternate name the corporation must submit a corporate resolution by the board of directors adopting the alternate name for use in the state of Florida. Please note the corporate resolution must be signed by the chairman, vice chairman, or an officer of the corporation. The alternate name must contain a corporate suffix. Such suffixes include: Corporation, Corp., Incorporated, Inc., Company, and CO.

Please RETURN ALL DOCUMENTATION to the ATTENTION of the DOCUMENT SPECIALIST indicated.

Please return your document, along with a copy of this letter, within 60 days or your filing will be considered abandoned.

If you have any questions concerning the filing of your document, please call (850) 487-6958.

Lee Rivers
Document Specialist                    Letter Number: 600A00044343

Division of Corporations - P.O. BOX 6327 -Tallahassee, Florida 32314