

# RESOLUTION OF BOARD OF DIRECTORS
(Please print or type)

I, the undersigned __Brian C. Bowers__, do hereby certify
(Name)

that this Resolution of the Board of Directors of __Financial Recovery Services, Inc.__

_____
(Corporate Name)

a corporation duly organized and existing under the laws of the State of __MN__,

was duly adopted on __August 22__, 20 __00__.

Be it resolved, that __Financial Recovery Services, Inc.__,
(Corporate Name)

organized and existing in the State of __MN__, hereby adopts the name

__Financial Recovery Services of Minnesota, Inc.__ for use in Florida

Dated: __8-22-2000__

/s/ B.C.B.

Signature of either Chairman, Vice Chairman or any officer

__Brian C. Bowers, President__
Type or print Name

INHS19(1/00)