EXHIBIT 3

Business Record Details »

Minnesota Business Name
**FINANCIAL RECOVERY SERVICES, INC.**

**Business Type**
Business Corporation (Domestic)

**MN Statute**
302A

**File Number**
9B-753

**Home Jurisdiction**
Minnesota

**Filing Date**
03/04/1996

**Status**
Active / In Good Standing

**Renewal Due Date**
12/31/2018

**Registered Office Address**
4510 West 77th Street
Suite 200
Edina, MN 55435
USA

**Number of Shares**
1,000,000

**Registered Agent(s)**
(Optional) None provided

**Chief Executive Officer**
Brian Bowers
4510 West 77th Street, Suite 200
Edina, MN 55435
USA

**Principal Executive Office Address**
4510 West 77th Street, Suite 200
Edina, MN 55435
USA

Filing History

# Filing History

Select the item(s) you would like to order:   [Order Selected Copies]

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 03/04/1996 | Original Filing - Business Corporation (Domestic) | |

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 03/04/1996 | Business Corporation (Domestic) Business Name (Business Name: FINANCIAL RECOVERY SERVICES, INC.) | |
| ☐ | 01/24/1997 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 09/29/2006 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 12/31/2008 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 11/20/2014 | Registered Office and/or Agent - Business Corporation (Domestic) | |
| ☐ | 7/7/2017 | Merger Survivor - Business Corporation (Domestic) | |

© 2018 Office of the Minnesota Secretary of State - Terms & Conditions