**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:17-CV-81395-DMM**

|  |  |
|---|---|
| NAJIB REHMAN | ) |
|  | ) |
|      Plaintiff | ) |
|  | ) |
| vs. | ) |
|  | ) |
| FINANCIAL RECOVERY SERVICES OF | ) |
| MINNESOTA, INC. | ) |
|  | ) |
|      Defendant | ) |
|  | ) |

## MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR CLASS CERTIFICATION

Your Defendant, Financial Recovery Services of Minnesota, Inc., by and through counsel, moves for extension of time to file its opposition to Plaintiff's Motion for Class Certification and as grounds states as follows:

1.      On March 6, 2018, this Honorable Court granted Plaintiff's motion for extension of time permitting the filing of a Motion for Class Certification by March 21, 2018.

2.      On March 21, 2018, Plaintiff filed a Motion to Certify Class (ECF No. 21).

3.      Defendant seeks to depose the Plaintiff prior to filing its opposition to Motion for Class Certification.

4.      Defendant has been frustrated in its efforts to obtain Plaintiff's deposition and, as evidenced by the e-mail exchange between counsel (a copy of which is attached as Exhibit 1), Plaintiff's counsel has advised Defendant that Plaintiff is not available for a deposition until <u>mid May</u>.

5.     Plaintiff has offered no reasonable explanation as to his unavailability.   On information and belief, after reasonable investigation, Plaintiff is employed as a manger at the Mobil gas station located at 1990 North Dixie Highway, Boca Raton, Florida and should be able to appear for a deposition upon reasonable notice.

6.     Defendant's opposition to the Motion for Class Certification is due April 4, 2018. Defendant will not able to properly oppose Plaintiff's Motion for Class Certification without conducting the deposition of the Plaintiff.   Although Plaintiff professes he is unavailable for a deposition until mid May, Defendant has noted Plaintiff's deposition for April 9 2018.   *See*, Exhibit 2.  This is deemed a reasonable notice.  *See*, Local Rule 26.1(h).

7.     Defendant noted Plaintiff's deposition for April 9, 2018 only after failed efforts to obtain agreed date for a deposition and consent for a short extension (one week after the deposition is concluded) for filing a Motion for Class Certification.

8.     The Court's Pre-Trial Scheduling Order (ECF No. 12) provides that discovery be completed by June 4, 2018; therefore, the requested extension would not interfere with other pre-trial deadlines.

9.     Defendant proposes the following disposition of this motion:  In the event that Plaintiff's deposition takes place on April 9, 2018, Defendant will so notify the Court and will be required to file its opposition to the Motion for Class Certification by April 16, 2018.   Alternatively, Defendant requests that the Court order that Plaintiff make himself available for a deposition by a date certain and provide Defendant with a week thereafter to file its opposition to Plaintiff's motion for class certification.

WHEREFORE, your Defendant respectfully prays that this Honorable Court grant its Motion for Extension of Time to file its opposition to Motion for Class Certification.

## <u>CERTIFICATION UNDER LOCAL RULE 7.1(a)(3)</u>

Undersigned counsel hereby certifies that he has conferred with all parties who may be affected by the relief sought in the motion in a good faith to resolve the issues in the motion but has been able to do so.

THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Ronald S. Canter
Ronald S. Canter, Esquire, Bar # 335045
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com
*Attorney for Defendant*

*Local Address*:
400 S. Dixie Hwy #322
Boca Raton, Florida 33432

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 26th day of March, 2018 to:

> Jibrael S. Hindi, Esquire
> The Law Offices of Jibrael S. Hindi
> 110 SE 6th Street, Suite 1744
> Fort Lauderdale, FL 33301
> e-mail: jibrael@libraellaw.com
>
> Thomas J. Patti, Esquire
> Thomas-John Law, P.A.
> 1451 W. Cypress Creek Road, Suite 300
> Fort Lauderdale, FL 33305
> e-mail: tpatti@thomasjohnlaw.com
> *Attorneys for Plaintiff*
>
>
> /s/ Ronald S. Canter
> _____
> Ronald S. Canter, Esquire
> *Attorney for Defendant*