UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:17-CV-81395

NAJIB REHMAN,

    Plaintiff,

v.

FINANCIAL RECOVERY SERVICES
OF MINNESOTA, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff NAJIB REHMAN and Defendant FINANCIAL RECOVERY SERVICES OF MINNESOTA, INC., by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Voluntary Dismissal with *Prejudice* for the above captioned matter. Each party is to bear their own attorneys' fees and costs.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED:      April 6, 2018

Respectfully Submitted

| | |
|---|---|
| /s/ Jibrael S. Hindi | /s/ Ronald S. Canter |
| **JIBRAEL S. HINDI, ESQ.** | **RONALD S. CANTER, ESQ.** |
| Florida Bar No.: 118259 | Florida Bar No.: 335045 |
| E-mail:jibrael@jibraellaw.com | E-mail:   rcanter@roncanterllc.com |
| The Law Offices of Jibrael S. Hindi | THE LAW OFFICES OF RONALD S. CANTER, LLC |
| 110 SE 6th Street, Suite 1744 | 200A Monroe Street, Suite 104 |
| Fort Lauderdale, Florida 33301 | Rockville, Maryland 20850 |
| Phone:    954-907-1136 | Phone:    301-424-7490 |
| Fax:        855-529-9540 | Fax:        301-424-7470 |
| *AND* | *AND* |
| /s/ Thomas J. Patti | /s/ Michael S. Poncin |
| **THOMAS J. PATTI, ESQ.** | **MICHAEL S. PONCIN, ESQ.** |
| Florida Bar No.: 118377 | Florida Bar No.: *Pro Hac Vice* |
| E-mail:    tpatti@thomasjohnlaw.com | E-mail:    michael.poncin@lawmoss.com |
| THOMAS-JOHN LAW, P.A. | MOSS & BARNETT |
| 1451 W. Cypress Creek Road, Suite 300 | 150 South 5th Street, Suite 1200 |
| Fort Lauderdale, Florida 33309 | Minneapolis, Minnesota 55402 |
| Phone:    954-543-1325 | Phone:    612-877-5290 |
| Fax:        954-507-9975 | Fax:        612-877-5056 |
| *COUNSEL FOR PLAINTIFF* | *COUNSEL FOR DEFENDANT* |